THOMAS E. FRANKOVICH (SBN #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, CA 94590
Telephone:     (415) 444-5800
Facsimile:      (415) 674-9900
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　Plaintiffs,<br>v.<br><br>MUNIRS COMPANY, *et al.*,<br><br>　　　Defendants. | CASE NO.: 2:14-cv-00876-KJM-EFB<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THERON**<br><br>Magistrate Judge Edmund F. Brennan |

　　The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

　　Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

　　The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

(empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 11, 2015      THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*

                              By:   /s/ Thomas E. Frankovich
                              Thomas E. Frankovich
                              Attorney for Plaintiff BYRON CHAPMAN

Dated: November 11, 2015      **MICHAEL WELCH ASSOCIATES**

                              By:   /s/ Michael Welch
                              Michael Welch
                              Attorney for Defendant Munirs Company

Dated: November 11, 2015      **LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP**

                              By:   /s/ Steven H. Bovarnick
                              Steven H. Bovarnick
                              Attorney for Defendant JOE A. KOOPMAN AND ESTHER L. KOOPMAN FAMILY PARTNERSHIP

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: November 19, 2015

_____
Magistrate Judge Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE